

**U.S. Department of Justice**

*Eastern District of California*
*United States Attorney*

McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100      916/554-2700

Sacramento, California  95814    Fax 916/554-2900
                                 TTY 916/554-2855


December 7, 2005

Honorable Gregory G. Hollows
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Raymond Paul Corona
         Magistrate # 04-267-GGH
         <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Hollows:

    There was filed before you, on September 29, 2004, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Elk Grove, California and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                               Very truly yours,

                               McGREGOR W. SCOTT
                               United States Attorney


                             By <u>/S/ THOMAS E. FLYNN</u>
                               THOMAS E. FLYNN
                             Assistant U.S. Attorney


IT IS SO ORDERED: 12/12/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

corona267.ord